## 1604.   WILSON *v.* THE STATE.

HILL, C. J.   No error of law is complained of.   While the evidence is con- flicting as to the fraudulent intention of the defendant in obtaining money on his contract to perform service, we can not say that the ver- dict is not supported by some evidence; and, the trial court being sat- isfied therewith, this court can not interfere.   *Judgment affirmed.*

Accusation of cheating and swindling, from city court of Miller county—Judge Bush.   September 14, 1908.

Submitted January 26,—Decided February 9, 1909.

*B. B. Bush,* for plaintiff in error.

*N. L. Stapleton, solicitor,* contra.

---

## 1611.   WALKER *v.* THE STATE.

POWELL, J.   No error of law is assigned.   The evidence was sufficient to authorize the conviction.                    *Judgment affirmed.*

Indictment for unlawful sale of liquor, from city court of Dal- ton—Judge Longley.   December 16, 1908.

Submitted January 26,—Decided February 9, 1909.

*George G. Glenn,* for plaintiff in error.

*F. K. McCutchen, solicitor, Sam. P. Maddox,* contra.